IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RACARDO JACKSON,

     Plaintiff,                      2:08-cv-1648-GEB-JFM-PC

    vs.

BONNIE DENNISON, Solano
County District Attorney,

     Defendant.                ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 30, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] The magistrate judge also ordered petitioner to file an in forma pauperis application on the form used by this district together with a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of his complaint. See Order and Findings and Recommendations, filed July 30, 2008. Petitioner has not complied with that order.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed July 30, 2008, are adopted in full; and
5 |     2. This action is dismissed without prejudice.
6 | Dated: August 27, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2